IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| JONATHAN YU | * |
| | * |
| Plaintiff, | *   Case No. 8:11-cv-03080-RWT |
| | * |
| v. | * |
| | * |
| CREDIT PROTECTION ASSOCIATION, LP | * |
| | * |
| Defendant | * |

## NOTICE OF SETTLEMENT

PLEASE BE ADVISED that the above-named Plaintiff and Defendant have preliminarily settled the civil action on all issues. The Parties will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which they anticipate will take approximately thirty (30) days. In the interim, Plaintiff hereby respectfully requests that this Court enter an Order pursuant to Local Rule 111.

Respectfully submitted this 1st day of February, 2012.

/s/ Robinson S. Rowe
Robinson S. Rowe, Bar No. #27752
5906 Hubbard Drive, Suite 4-A
Rockville, MD 20852
TEL: 301-770-4710 / FAX: 301-770-4711
rrowe@rowepllc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Notice of Settlement was served electronically on this 1st day of February, 2012, on:

Birgit Dachtera Stuart
11300 Rockville Pike, Suite 1200
Rockville, MD 20852

**/s/ Robinson S. Rowe**